# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

They Yam

**V.**

Jo Anne B. Barnhart, Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 06-CV-528 W (CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court hereby denies Yam's motion for summary judgment and grants Barnhart's motion for summary judgment...

| September 5, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ A. Everill |
| | (By) Deputy Clerk |
| | ENTERED ON September 5, 2007 |

06-CV-528 W (CAB)